UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:   Case No. 16-91280-AKM-13

James Allen Sanford
  *aka* James Sanford
  *aka* James A. Sanford   Chapter 13
Karen J. Sanford
  *aka* Karen Sanford

Debtors.   Judge Andrea K. McCord

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on September 1, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtors' Counsel
    lloydkoehler@hotmail.com

    Joseph M. Black, Jr., Trustee
    jmbecf@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on September 1, 2020, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    James Allen Sanford, Debtor
    2528 Cooper Lane
    Sellersburg, IN 47172

    Karen J. Sanford, Debtor
    2528 Cooper Lane
    Sellersburg, IN 47172

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor